

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00414-CV

**IN RE** John **AMARO**, Individually and as Trustee of the Fall Irrevocable Trust

Original Proceeding[1]

PER CURIAM

Sitting:     Lori I. Valenzuela, Justice
              Adrian A. Spears II, Justice
              Velia J. Meza, Justice (dissenting without opinion)

Delivered and Filed: May 26, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR STAY DENIED AS MOOT

Relator, John Amaro, filed his petition for writ of mandamus, emergency motion for stay, and mandamus record on May 22, 2026. Having considered the petition, motion, and record provided, this court has determined that Amaro has not established that he is entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion for stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-18595, styled *Robert Schafer and William Daniel Roberts v. John Amaro, as Trustee of the Fall Irrevocable Trust, et al*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.